# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD ALMOND,<br>**Plaintiff,**<br><br>v.<br><br>JANSSEN PHARMACEUTICALS INC.,<br>JOHNSON & JOHNSON,<br>**Defendants.** | CIVIL ACTION<br><br><br><br>NO. 20-2183 |

## O R D E R

**AND NOW**, this 6th day of November, 2020, upon consideration of Defendants' Motion to Strike and briefing in support thereof (ECF Nos. 28, 33), and Plaintiffs' opposition thereto (ECF No. 32), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** such that the portion of Paragraph 37 of the Amended Complaint which refers to the National Class is **HEREBY STRICKEN**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**